**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-03608-SKC

A. T. W.,

Petitioner,

v.

JUAN BALTAZAR, Warden of the Denver Contract Detention Facility;
GEORGE VALDEZ, Acting Field Office Director, Denver Field Office, Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary, Department of Homeland Security; and
TODD BLANCHE, Acting U.S. Attorney General;

Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders (ECF Nos. 10 and 12) entered by U.S. District Judge S. Kato Crews, it is

ORDERED that judgment is entered in favor of Petitioner and against Respondent. It is

FURTHER ORDERED that this case is closed.

DATED: August 17, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/C. Pearson, Deputy Clerk